James- Arthur: Goetz, Creditor/ Secured Party
c/o 4798 South Florida Ave
Lakeland, [33813] Florida



Ab Initio "WITHIN THE ADMIRALTY"

district court for the United States
MIDDLE DISTRICT OF FLORIDA

James- Arthur: Goetz, lawful man, creditor/ secured party, The real party in interest.

File #_ 8.07mc 50-T-23 MSS

COMMERCIAL NOTICE WITHIN THE ADMIRALTY OF THE FILING OF FOREIGN JUDGMENT OF ESTOPPEL

07 JUN 26 AM 10:08   FILED

For and on the record:

The Court and the Public takes judicial notice "within the admiralty ab initio" by Commercial Notice of the filing of Foreign Judgment by Estoppel Administrative File Number "JAG1032052006-CH" within the admiralty IN FACT established under Notary Court Seal and Pursuant to Title 28 Section 1963 which states: **Section 1963. Registration of judgments for enforcement in other districts**

    A judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other judicial district, when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown. Such a judgment entered in favor of the United States may be so registered any time after judgment is entered. A judgment so registered shall have the same effect as a judgment of the district court of the district where registered any may be enforced in like manner.

Page 1 of 2 Pages

TØ 42045
$39—

**A certified copy of the satisfaction of any judgment** in whole or in part may be registered in the like manner in any district in which **the judgment is a lien.**

**The procedure prescribed under this section is an "addition" to other procedures provided by law for the enforcement of judgments.**

This Administrative Judgment is foreign to judicial. All parties are in agreement and all issues are settled. The filing is "On Demand" and failure to do so constitutes denial of due process.

Respectfully Submitted,

By: _____ agent U.C.C. 3-402 (b)(1)
James- Arthur: Goetz, Secured Party/ Creditor, the real party in interest



# State of California

## SECRETARY OF STATE

## APOSTILLE
*(Convention de La Haye du 5 octobre 1961)*

1. Country: United States of America
   This public document

2. has been signed by Stefen Roeck

3. acting in the capacity of Notary Public, State of California

4. bears the seal/stamp of Stefen Roeck, Notary Public, State of California

**CERTIFIED**

5. At Sacramento, California

6. the 23rd day of April 2007

7. by Deputy Secretary of State, State of California

8. No. 381494

9. Seal/Stamp:



10. Signature

*[signature: Debra Bowen]*

The Document upon the Certificate is affixed is CERTIFIED THE TRUE, CORRECT, AND COMPLETE COPY Of the Original. Signature is the Holder in due course of the original.
By: [signature]
Sealed
CONVENTION DE LA HAYE DU 5 OCTUBRE, 1961
6/23/07 date

BY

 

James- Arthur Goetz,
Polk county
Florida state
united States of America 1787 AD

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY**
[28 U.S.C. §1333, §1337, §2461 and §2463]
**File #JAG1032052006-CH**

Date: April 5, 2007

**AFFIANT:**

James- Arthur: Goetz,
c/o Stefen Roeck, Notary Witness
25821 Cordova,
Laguna Hills, Florida [92653]

**LIBELEE(S):**

JAMES DIMON PRESIDENT AND CEO, JP MORGAN CHASE AND COMPANY
270 PARK AVENUE
NEW YORK, NEW YORK 10017

"Libelee(s)" hereinafter includes/applies to, all above named Libelees and/or entities, jointly and severally, individually and corporately, or their interests therein unless specified differently.

Applicable to all successors and assigns, this is an attempt to settle the matter contained herein and to establish certain facts relative for the record.

**RECORD**

I James- Arthur Goetz, hereinafter Affiant, having first hand knowledge of the facts, depose and say the following:

1. The Record shows that the Notary Public, Stefen Roeck, is the notary of record on the eight document set, NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY, File No. **JAG1032052006-CH**;

2. Affiant believes no evidence exists contrary to this record.

The Document upon the Certificate is affixed is
CERTIFIED
THE TRUE, CORRECT, AND COMPLETE COPY
Of the Original, Signature is the Holder in due course of the original.

By _____     6/23/07
Seal                        date
CONVENTION DE LA HAYE DU 5 OCTUBRE, 1961

NOTICE OF INTERNATIONAL CLAIM    File# **JAG1032052006-CH**    Page 1 of 2

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

Polk County           )
                      ) ss    Commercial Oath and Verification
The State of Florida )

I, James- Arthur: Goetz, agent for JAMES ARTHUR GOETZ, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law.

JAMES ARTHUR GOETZ

By: _____

By: James- Arthur: Goetz, agent, Affiant, UCC 3-402(b)(1)

**JURAT**

California state        )
                        ) ss
Orange county           )

The above named Affiant, appeared before me, a Notary, subscribed, sworn under oath this __5th__ day of __April__, 2007.

Notary Name: __Stefen Roeck__

Notary Signature: _____          [Seal]

My commission expires __July 15 2010__

[Notary Seal: STEFEN ROECK, Commission # 1676236, Notary Public - California, Orange County, My Comm. Expires Jul 15, 2010]

The Document upon the Certificate is affixed is
CERTIFIED
THE TRUE, CORRECT, AND COMPLETE COPY
Of the Original, Signature is the Holder in due course of the original.

By: _____     6/23/07
                      date
CONVENTION DE LA HAYE DU 5 OCTUBRE, 1961

NOTICE OF INTERNATIONAL CLAIM    File# **JAG1032052006-CH**    Page 2 of 2

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY
OF James- Arthur: Goetz   CREDITOR SECURED PARTY

File # JAG1032052006-CH                                      Registered #RB 766 021 637 US

   

James- Arthur: Goetz, Secured Party
Polk County
The State of Florida
United States of America 1787 AD

Petition for Agreement and Harmony in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM
## ADMINISTRATIVE REMEDY Ab Initio "WITHIN THE ADMIRALTY"
## 28 U.S.C. §1333 or §1337

File # JAG1032052006-CH

## NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT
## CERTIFICATE OF DISHONOR

Date: September 28, 2006

Libellant   James- Arthur: Goetz, Creditor Secured Party,
            C/o Stefen Roeck, Mailing Witness
            25821 Cordova
            Laguna Hills, [92653] California

Libellee:   JAMES DIMON, PRESIDENT AND CEO, Et al.
            JP MORGAN CHASE AND COMPANY
            270 PARK AVENUE
            NEW YORK, NEW YORK 10017

            JP MORGAN CHASE AND COMPANY
                ALLEGED LENDER
            CHASE MANHATTAN MORTGAGE COMPANY
                ALLEGED LENDER
            CHASE HOME FINANCE LLC
                ALLEGED LENDER

   In Care Of:   JAMES DIMON, PRESIDENT AND CEO, Mail Carrier

                        Libellee is additionally subject to Postal Statutes
                        and the jurisdiction of the Universal Postal Union.

NOTARIAL PROTEST and NOTICE of ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR
Page 1 of 3

The Document upon the Certificate is affixed is
CERTIFIED
THE TRUE, CORRECT, AND COMPLETE COPY
Of the Original, Signature is the Holder in due course of the original.

By: _____           6/23/07
       Sealed                    date
CONVENTION DE LA HAYE DU 5 OCTUBRE, 1961

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY**
**OF James- Arthur: Goetz  CREDITOR SECURED PARTY**

File # JAG1032052006-CH                                          Registered #RB 766 021 637 US

Libellee's failure to provide a valid response to the "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY" of James- Arthur: Goetz, CREDITOR SECURED PARTY, has put Libellee in default as witnessed by the Mailing Witness in the sequence of the following events:

1. The Declarant served a "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY" of James- Arthur: Goetz, CREDITOR SECURED PARTY, upon the Libellees on July 5, 2006 allowing Ten (10) days for valid response to Mailing Witness, Stefen Roeck certifies no timely valid response is made by Libellees.

2. The Declarant served a "NOTICE OF FAULT-OPPORTUNITY TO CURE" upon the Libellees allowing three (3) days to cure plus three (3) days for mailing. Mailing Witness, Stefen Roeck, certifies no timely valid response is made by Libellees.

3. The Declarant served a "NOTICE OF DEFAULT" upon the Libellees on or about August 15, 2006. Mailing Witness Stefen Roeck, certifies no valid timely response is made by Libellees.

4. On August 15, 2006 the Declarant served a "FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW." Mailing Witness, Stefen Roeck certifies no valid timely response is made by Libellees.

5. On September 1, 2006 the Declarant served a "SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW, NOTICE OF FAULT OPPORTUNITY TO CURE." Mailing Witness, Stefen Roeck, certifies no valid timely response is made by Libellees.

6. On September 18, 2006 the Declarant served a "CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW." Mailing Witness, Stefen Roeck, certifies no valid timely response is made by Libellees.

7. The Libellees have Dishonored the Notice of International Claim within the Admiralty Administrative Remedy James- Arthur: Goetz. This NOTARIAL PROTEST is NON-NEGOTIABLE, and is "NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR" to which you have admitted the statement, claims, and answers to the inquiries by *tacit procuration*. This ADMINISTRATIVE JUDGMENT is *stare decisis, res judicata* and *collateral estoppel*.

8. The Libellant appeared before me under oath and has sworn that he/she has not received a timely valid response and answer, by legal definition or settlement from the Libellees.

9. James- Arthur: Goetz is HOLDER IN DUE COURSE of this account and the Commercial Matter contained therein by operation of law and the debt will be recorded on a UCC1 Financing Statement and its amendments in Foreign Jurisdiction.

**NOTARIAL PROTEST and NOTICE of ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR**
Page 2 of 3

The Document upon the Certificate is affixed is
CERTIFIED
THE TRUE, CORRECT, AND COMPLETE COPY
Of the Original, Signature is the Holder in due course of the original.

By: _____   6/23/07 date
  (Seal)
CONVENTION DE LA HAYE DU 5 OCTUBRE, 1961

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY
OF James- Arthur: Goetz  CREDITOR SECURED PARTY

File # JAG1032052006-CH                                    Registered #RB 766 021 637 US

## AFFIDAVIT OF NEGATIVE AVERMENT

As of this date September 28, 2006 the undersigned Mailing Witness has not received a valid timely response to the Libellee's documents from the Libellees or any other agents.

## NOTARIAL PROTEST CERTIFICATE

1. The HOLDER IN DUE COURSE has recruited the Notary Public, authorized to certify dishonor of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Agreement/Contract, and to present this **ADMINISTRATIVE JUDGMENT BY ESTOPPEL** in accordance with UCC 3-505.

2. This Notarized Document is served to the Libellees for demand for payment on September 28, 2006.

3. This Notarized Document is the official **CERTIFICATE OF DISHONOR** of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Contract File # JAG1032052006-CH.

The above Affidavit is certified true, correct, complete, and certain, under the penalty of Perjury.

By: _____ Notary Public under court seal in his/her capacity as a Notary in good standing with the State of California.

State of California      )
                         )  ss.
Orange County            )
                         )

Signed and sworn before me this 28th day of September, 2006.

by ___Stefen Roeck_____. (Printed name of signer)

___ Personally Known
_x_ Produced Identification

_____
Signature of Notary

Chante'a Keown
Printed Name of Notary

CHANTEA KEOWN
Notary Public - State of Florida
My Commission Expires Jan 11, 2009
Commission # DD 385515
Bonded By National Notary Assn.

Commission Expires: January 11, 2009

NOTARIAL PROTEST and NOTICE of ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR
Page 3 of 3

The Document upon the Certificate is affixed is
CERTIFIED
THE TRUE, CORRECT, AND COMPLETE COPY
Of the Original, Signature is the Holder in due course of the original.

By:_____            6/23/07
   /Sealed/                    date
CONVENTION DE LA HAYE DU 5 OCTUBRE, 1961

## Acknowledgment of Initial Financing Statement

| Field | Value |
|---|---|
| File Number | 2007-118-1777-9 |
| File Date/Time | 04/28/2007 11:04PM |
| Lapse Date | 04/28/2012 |
| Initial Filing Number | 2007-118-1777-9 |
| Fee Amount ($US) | 10.00 |
| Filing Office | WA DOL |
| File Status | Accepted |
| Debtor | JP Morgan Chase and Company<br>270 Park Ave<br>New York NY 10017 USA<br>Organizational Type: Corporation<br>Jurisdiction: US Bankruptcy<br>Organizational ID: NONE |
| Secured Party | Goetz, James<br>4798 South Florida Ave<br>Lakeland FL [33813] USA |
| Collateral | The debtors have consented to this Admiralty Maritime lien filing in the Administrative International Commercial Claim Within the Admiralty Administrative Remedy Ab Initio Judgment by Estoppel Agreement/ Contract File #JAG1032052006-CH Registered Mail # RB766021570US perfected on October 2, 2006 in the Accounting and True Bill amount of $300,000,000.00 (Three Hundred Million and no/100 dollars). All personal and real property; bank accounts, foreign and domestic; private exemptions; government risk management accounts; insurance policies; stocks and bonds; asset accounts; investments; bonus partners and funds; retirement funds and future earnings of the Debtors is now property of the Secured Party. This property is incorporated with the State of Washington UCC filing and belongs to the Secured Party. |
| Search On | NONE |

The Document upon the Certificate is affixed is CERTIFIED THE TRUE, CORRECT, AND COMPLETE COPY Of the Original, Signature is the Holder in due course of the original.

By: [signature]
Seal CONVENTION DE LA HAYE DU 5 OCTUBRE, 1961
6/23/07 date

This acknowledgment reflects the information that was filed with the Department of Licensing, Uniform Commercial Code office, on this date.

*Elizabeth A. Luce*     4/28/2007
Elizabeth Luce, Director, Department of Licensing

https://fortress.wa.gov/dol/ucc/confirm.asp?ID=19OXmt     4/29/2007